IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
AUG 2 6 2008
Clerk, U.S. District Court
By: _____ Deputy Clerk

KEITH JONES,                )
                            )
            Plaintiff,      )
                            )
v.                          )   Case No. 06-2143
                            )
UNITED PARCEL SERVICE, INC.,)
                            )
            Defendant.      )

## VERDICT

We, the jury, duly impaneled and sworn upon our oaths, answer the questions submitted by the court as follows:

1.  Did the defendant, United Parcel Service, Inc. ("UPS"), terminate the employment of the plaintiff, Keith Jones, in retaliation for plaintiff having filed a worker's compensation claim?

    Yes   ✓

    No   _____

Note: Proceed to Question 2 only if you answered "Yes" to Question 1. If your answer to Question 1 is "No," then your deliberations are complete and you should have the foreperson sign the verdict and inform the bailiff that you have reached your verdict.

2. What amount of damages, if any, did plaintiff sustain as a result of UPS' unlawful termination of plaintiff's employment?

| | | |
|---|---|---|
| Back Pay | $ | 216,895.00 |
| Front Pay | $ | 393,412.00 |
| Compensatory Damages | $ | 20,000.00 |
| TOTAL DAMAGES | $ | 630,307.00 |

Note: Proceed to Question 3 only if your answer is not "$0" on the "Total Damages" line. If your answer is "$0" on the "Total Damages" line on Question 2, then your deliberations are complete and you should have the foreperson sign the verdict and inform the bailiff that you have reached your verdict.

3. Did UPS act in a willful, wanton, or malicious manner in terminating plaintiff's employment in retaliation for filing a worker's compensation claim?

Yes ✓

No ___

Note: Proceed to Question 4 only if you answered "Yes" to Question 3. If your answer to Question 3 is "No," then your deliberations are complete and you should have the foreperson sign the verdict and inform the bailiff that you have reached your verdict.

4. What amount of punitive damages, if any, should be awarded to plaintiff?

$ 2,000,000.00

Dated: August 26, 2008               _____
                                                    Foreperson